IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**HARVEY BURCHFIELD and**                                   **PLAINTIFFS**
**CAMERON BURCHFIELD**

**V.**                                               **NO. 4:16-CV-172-DMB-JMV**

**FOREMOST INSURANCE COMPANY**
**GRAND RAPIDS, MICHIGAN**                                          **DEFENDANT**

## ORDER CLOSING CASE

On September 6, 2017, the plaintiffs first filed a "Joint Motion for Dismissal with Prejudice" and then a "Stipulation of Dismissal Pursuant to F.R.C.P. 41(a)(1)(A)(ii)," both of which are signed on behalf of all parties.[1] Doc. #47; Doc. #48. The stipulation of dismissal states that "Plaintiffs and Defendant hereby stipulate to the dismissal of this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party will bear their own attorneys' fees, expenses and costs." Doc. #48.

In light of the stipulation, the Clerk of the Court is **DIRECTED** to close this case on the Court's docket. Accordingly, the joint motion [47] is **DENIED as moot**.[2]

**SO ORDERED**, this 14th day of September, 2017.

                                                                  **/s/Debra M. Brown**
                                                                   **UNITED STATES DISTRICT JUDGE**

---

[1] The original complaint named one plaintiff and five defendants. The Court dismissed four of the named defendants in its March 28, 2017, order. The amended complaint filed on May 25, 2017, with leave of the Court, named an additional plaintiff and the sole remaining defendant.

[2] For the same reason, the only other pending motion [41] is also denied as moot.